| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | Linda Harter, Bar #179741 |
| | Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | ANDREA S. MOON |
| 4 | Certified Student Attorney |
| | 801 I Street, 3rd Floor |
| 5 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
TREMAYNE WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 2:12-cr-00012 CKD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO VACATE |
| v. | ) | TRIAL CONFIRMATION AND JURY TRIAL |
| | ) | DATES AND RESET JURY TRIAL DATE |
| TREMAYNE WILSON, | ) | AS STATUS CONFERENCE |
| | ) | |
| Defendant. | ) | |
| | ) | Date: February 23, 2012 |
| _____ | ) | March 5, 2012 |
| | | Time: 9:00 a.m. |
| | | Judge: Hon. Carolyn K. Delaney |

The United States of America, through Nicholas M. Fogg, Special Assistant United States Attorney, together with defendant, Tremayne Wilson, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the trial confirmation hearing set for February 23, 2012 at 9:00 am and the jury trial set for March 5, 2012 at 9:00 am and reset the jury trial as a status conference for March 22, 2012 at 9:00

am. The parties are seeking to resolve this matter through deferred prosecution whereby Mr. Wilson would seek treatment. Additional time is needed to allow Mr. Wilson time to research counseling treatment programs that are accepted by his insurance provider. The parties will provide an updated outline of an agreement and treatment options available to Mr. Wilson at the status conference and request an additional status conference be set to finalize the parties positions. Time is to be excluded under local rule T4 as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 21, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
TREMAYNE WILSON

Dated: February 21, 2012      BENJAMIN B. WAGNER
United States Attorney

/s/ Nicholas M. Fogg
Nicholas M. Fogg
Special Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated: 2/21/2012      /s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER  -2-